**1532  CRYDERMAN (Drain Comr.) vs. TOWNSHIP BOARD OF RICHMOND, No. 12497.**

To audit and allow a certain account for services.

Denied January 20, 1892, with costs.

Relator claimed that he was entitled to $3 per day under the statute, inasmuch as no other rate had been fixed. Respondent insisted that a rate of $2 per day had been fixed, and relator's account had been allowed accordingly.

**1533  KINNEY (Sheriff) vs. BOARD OF SUPERVISORS (Kent), 51 M., 620.**

To compel the board to allow relator's bill for expenses incurred in making an arrest, upon a mittimus granted by a justice of the peace under Comp. L., Sec. 7877, of a party who had been convicted of forgery, and admitted to bail pending a removal of the case to the Supreme Court, but the bail desiring to be released had applied for his surrender.

Order to show cause denied October 30, 1883.